JACOB FRIEDMAN, Doing Business under the Name of J. FRIEDMAN COMPANY, Appellant and Respondent, *v.* JOHN A. JOHNSON & SONS, INC., Respondent and Appellant.

Argued October 17, 1947; decided November 13, 1947.

*Oren C. Herwitz* and *Max E. Greenberg* for respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.